**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DOMINICK ANDREULA and LESLIE ANDREULA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

HOMETAP INVESTMENT PARTNERS III SPV, LLC; HOMETAP EQUITY PARTNERS, LLC; and HOMETAP HOMEOWNERSHIP SOLUTIONS, LLC,

Defendants.

Case No. 9:26-cv-81571-AMC

Removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2026-CA-009134-XXXA-MB

**DEFENDANT HOMETAP HOMEOWNERSHIP SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hometap Homeownership Solutions, LLC ("HHS") states as follows:

1. HHS is a Delaware limited liability company with its principal place of business in Boston, Massachusetts.

2. HHS is a subsidiary of Hometap Equity Partners, LLC, a Delaware limited liability company with its principal place of business in Boston, Massachusetts.

3. No publicly held corporation owns 10% or more of HHS.

4. For purposes of the Class Action Fairness Act, HHS is a citizen of Delaware, the State under whose laws it is organized, and Massachusetts, the State where it has its principal place of business. 28 U.S.C. § 1332(d)(10).

5. HHS's affiliates that may be affected by this proceeding are its co-defendants, Hometap Investment Partners III SPV, LLC and Hometap Equity Partners, LLC, each of which is concurrently filing its own corporate disclosure statement.

6. HHS will promptly file a supplemental statement if any required information changes. Fed. R. Civ. P. 7.1(b)(2).

Dated: November 20, 2026

Respectfully submitted,

*_/s/ Jeffrey Paul Ehrlich_*
Jeffrey Paul Ehrlich
Florida Bar No. 51561
McGuireWoods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 857-1717
Primary e-mail: jehrlich@mcguirewoods.com

Erin L. Brown
Florida Bar No. 1073605
McGuireWoods LLP
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-2622
Primary e-mail: ebrown@mcguirewoods.com

*Counsel for Hometap Investment Partners III SPV, LLC, Hometap Equity Partners, LLC, and Hometap Homeownership Solutions, LLC*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that on the same date I served a copy of it, with all exhibits, by email and by first-class U.S. mail, postage prepaid, on:

Brian D. Hancock, Esq.
Taylor, Warren, Weidner, Hancock & Barnes, P.A.
1700 W. Main Street, Suite 100
Pensacola, Florida 32502
Telephone: (850) 438-4899
Primary e-mail: bhancock@twwlawfirm.com

*Counsel for Plaintiffs*

/s/ *Jeffrey Paul Ehrlich*

*Counsel for Hometap Investment Partners III SPV, LLC, Hometap Equity Partners, LLC, and Hometap Homeownership Solutions, LLC*